**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No.** 25-03069-01/02-CR-S-MDH |
| Plaintiff, | |
| v. | **COUNT 1:**<br>18 U.S.C. § 933(a)(3) & (b)<br>(Conspiracy to Traffic in Firearms)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| **(01) BLAKE J. HANCOCK**<br>[DOB: 04/08/1994], | |
| and | **COUNT 2:**<br>18 U.S.C. § 933(a)(1) & (b)<br>(Trafficking in Firearms)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| **(02) GAVIN C. PATRICK**<br>[DOB: 10/21/1999], | |
| Defendants. | |
| | **COUNT 3:**<br>18 U.S.C. § 933(a)(2) & (b)<br>(Trafficking in Firearms)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| **Defendants/Counts**<br>**(01)** **Hancock: 1, 3, 5, and 6**<br>**(02)** **Patrick: 1, 2, and 4** | |
| | **COUNT 4:**<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(False Statement During Purchase of Firearm)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| | **COUNTS 5 & 6:**<br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br>(Felon in Possession of Firearm)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |

1

| | $100 Special Assessment (Each Count of Conviction) |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT 1

On or about July 29, 2024, in Taney County, in the Western District of Missouri, and elsewhere, the defendants, **BLAKE J. HANCOCK** and **GAVIN C. PATRICK**, did knowingly conspire and agree with each other and persons known and unknown to the grand jurors to receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: a Walther, model P22, .22 caliber pistol, bearing serial number WA404271, knowing or having reasonable cause to believe that such receipt would constitute a felony (as defined in section 932(a)), all in violation of Title 18, United States Code, Section 933(a)(3) and (b).

## COUNT 2

On or about July 29, 2024, in Taney County, in the Western District of Missouri, and elsewhere, the defendant, **GAVIN C. PATRICK**, did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: a Walther, model P22, .22 caliber pistol, bearing serial number WA404271, to another person, in and affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony (as defined in section 932(a)), all in violation of Title 18, United States Code, Section 933(a)(1) and (b).

## COUNT 3

On or about July 29, 2024, in Taney County, in the Western District of Missouri, and elsewhere, the defendant, **BLAKE J. HANCOCK**, did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: a Walther, model P22, .22

caliber pistol, bearing serial number WA404271, knowing or having reasonable cause to believe that such receipt would constitute a felony (as defined in section 932(a)), all in violation of Title 18, United States Code, Section 933(a)(2) and (b).

## COUNT 4

On or about July 29, 2024, in Taney County, in the Western District of Missouri, the defendant, **GAVIN C. PATRICK**, in connection with the acquisition and attempted acquisition of a firearm, a Walther, model P22, .22 caliber pistol, bearing serial number WA404271, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and affirmed that he was the actual transferee/buyer of the firearm indicated on the Form 4473, when in fact as the defendant then knew, he was not the actual transferee/buyer of the firearm, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 5

Beginning on or about July 29, 2024, and continuing through at least on or about September 12, 2024, in Taney County, in the Western District of Missouri, and elsewhere, the defendant, **BLAKE J. HANCOCK**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Walther, model P22, .22 caliber pistol, bearing serial number WA404271, which

3

had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 6

On or about October 3, 2024, in Taney County, in the Western District of Missouri, the defendant, **BLAKE J. HANCOCK**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Umarex, model TAC R1 22C, .22 caliber rifle, bearing serial number HA025579, which had been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**A TRUE BILL**


*SIGNATURE ON FILE WITH USAO*
FOREPERSON OF THE GRAND JURY

*/s/ Casey Clark*
Casey Clark
Assistant United States Attorney


DATED: *5/13/2025*
Springfield, Missouri